UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BRIAN MALLGREN,

              Plaintiff,

     -against-

UNITED STATES,

             Defendant.

25-CV-7143 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    In an order dated May 4, 2016, the court barred Plaintiff from filing any future civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *Mallgren v. United States*, ECF 1:14-CV-1420, 6 (S.D.N.Y. May 4, 2016). Plaintiff files this new *pro se* civil action in this court, and has neither paid the fees to bring this action nor filed an IFP application. Because Plaintiff has not paid the fees to bring this action, the Court understands that he seeks to proceed IFP. Plaintiff has not, however, sought leave from the court to file this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the court's May 4, 2016 order in *Mallgren*, 1:14-CV-1420.

    The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:  September 2, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge